IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM THOMAS ARNOLD,

     Appellant,

 v.                                    Case No.  5D16-2820

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 29, 2016

3.850 Appeal from the Circuit Court
for Seminole County,
Debra S. Nelson, Judge.

William Thomas Arnold, Bushnell, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.  *See State v. Liles,* 191 So. 3d 484 (Fla. 5th DCA 2016).


WALLIS, LAMBERT and EDWARDS, JJ., concur.